723 A.2d 943

EDMUND T. KARAM AND BARBARA KARAM, HUSBAND AND WIFE, PLAINTIFFS–APPELLANTS, AND PETER DIBIAGIO AND LAURA DIBIAGIO, HUSBAND AND WIFE, INTERVENORS–APPELLANTS, v. STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION, ROBERT C. SHINN, COMMISSIONER OF THE DEPARTMENT OF ENVIRONMENTAL PROTECTION, DEFENDANTS–RESPONDENTS, AND CHICAGO TITLE INSURANCE COMPANY, A CORPORATION, DEFENDANT.

Argued February 1, 1999—Decided February 24, 1999.

*Richard M. Hluchan,* argued the cause for appellants (*Levin & Hluchan,* attorneys; *Richard S. Morrison,* on the briefs).

*Alyssa Pearlman Wolfe,* Deputy Attorney General, argued the cause for respondents (*Peter Verniero,* Attorney General of New Jersey, attorney; *Mary C. Jacobson,* Assistant Attorney General, of counsel).

*Michael J. Gross,* submitted a brief on behalf of *amicus curiae,* National Association of Home Builders (*Giordano, Halleran & Ciesla,* attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Baime's opinion of the Appellate Division, reported at 308 *N.J.Super.* 225, 705 *A.*2d 1221 (1998).

*For affirmance*—Chief Justice PORITZ and Justices HANDLER, POLLOCK, O'HERN, GARIBALDI, STEIN, and COLEMAN—7.

*Opposed*—None.